# MEMORANDUM

EXHIBIT 2

To: John Vega, Executive Director for Strategic Operations

From: Nicholas Scouffas, General Counsel

Subject: *Administrative Leave Without Pay* for Aracelis Gotay, JDE 821352

Date: March 25, 2022

CC: See Attached Distribution List

The Executive Director of the Office of Professional Review has indicated an on-going, confidential investigation has identified Aracelis Gotay, JDE 821352, as having committed misconduct in violation of the Cook County Sheriff's Office's Policies and Procedures. This employee is serving in a direct appointment position of Director.

Please be advised that **Aracelis Gotay, JDE 821352, will be placed on Administrative Leave without Pay** effective immediately until further notice.

**Please ensure the Employee is notified of this action and signs below.***

In addition, please ensure the Employee is notified that a member from the Cook County Sheriff's Peer Support will contact the Employee independently at the telephone number the Bureau of Human Resources has on file for the Employee. The communication between the Employee and the member from the Cook County Sheriff's Peer Support is confidential.

If you have any questions or comments, please contact our office. Thank you.

---

I, _____, hereby acknowledge that:
   *Print Name*

_____ (*Initials*) I have been notified of being placed on **Administrative Leave without Pay.**

_____ (*Initials*) I have received a copy of the Peer Support brochure and a copy of the Employee Assistance Program brochure.

Signature: _____

Date: _____     Time: _____

---

*****IF THE EMPLOYEE IS NOT ON DUTY OR IS ON LEAVE/SUSPENSION** please contact the employee at the telephone number Human Resources has on file for the employee and indicate the date and time of verbal notification on this form. Also, please send a copy of this memo and the Peer Support Brochure via First Class Mail to the address Human Resources has on file for the employee and indicate the date sent on this form as well.

Please return this signed receipt to Sheila Carey at Daley Center, Rm. 704 or Sheila.Carey@ccsheriff.org