

# COOK COUNTY SHERIFF'S OFFICE
# HUMAN RESOURCES EMPLOYEE SERVICES

## EMPLOYEE STATUS FORM

| | |
|---|---|
| **Todays Date** | 3/25/2022 |
| **Employee Name** | Drake Carpenter |
| **JDE** | ███ |
| **Department** | DOC |
| **Title** | Asst Executive Director |

**Please be advised that the individual identified above has the following Employment Status. Please use this Employment Status as indicated below until further notice.**

**Status** Suspension Without Pay (SWOP)

**Start Date** 3/25/2022    **End Date/Denied Date**

- [ ] Prior to returning to duty, employee is required to report to the Bureau of Human Resources 3026 S. California, Building 2, to obtain a Release for Duty Authorization.
- [x] Individual identified above is on a Leave of Absence from the Sheriff's Office, please remove electronic access for this employee effective:
- [ ] Individual identified above is no longer an employee of the Sheriff's Office, please remove electronic access for this employee effective:

Date:

**Comments**

☐ OFFBOARDED IN HRAC

I certify that no Political Reasons or Factors were considered in any decision I made or action I took related to this Employment Action. Further, I do not know of, or have any reason to believe that anyone else considered or took action based on Political Reasons or Factors with respect to this Employment Action.

(JAN 17)

EXHIBIT 1

# COOK COUNTY SHERIFF'S OFFICE
# BUREAU OF LEGAL AND LABOR AFFAIRS
# MEMORANDUM

| | |
|---|---|
| To: | Jane Gubser, Executive Director of DOC Programs <br> Don Beachem, Jr., Executive Director of DOC Operations and Security |
| From: | Nicholas Scouffas, General Counsel |
| Subject: | *Administrative Leave Without Pay* for Drake Carpenter, JDE ▮▮▮▮ |
| Date: | March 25, 2022 |
| CC: | *See* Attached Distribution List |

The Executive Director of the Office of Professional Review has indicated an on-going, confidential investigation has identified Drake Carpenter, JDE ▮▮▮▮ as having committed misconduct in violation of the Cook County Sheriff's Office's Policies and Procedures. This employee is serving in a direct appointment position of Assistant Executive Director.

Please be advised that **Drake Carpenter, JDE** ▮▮▮▮ will be placed on **Administrative Leave without Pay** effective immediately until further notice.

**Please ensure the Employee is notified of this action and signs below.***

In addition, please ensure the Employee is notified that a member from the Cook County Sheriff's Peer Support will contact the Employee independently at the telephone number the Bureau of Human Resources has on file for the Employee. The communication between the Employee and the member from the Cook County Sheriff's Peer Support is confidential.

If you have any questions or comments, please contact our office. Thank you.

---

I, _____, hereby acknowledge that:
  *Print Name*

_____ (*Initials*) I have been notified of being placed on Administrative Leave without Pay.

_____ (*Initials*) I have received a copy of the Peer Support brochure and a copy of the Employee Assistance Program brochure.

**Signature:** _____

**Date:** _____ **Time:** _____

---

***IF THE EMPLOYEE IS NOT ON DUTY OR IS ON LEAVE/SUSPENSION** please contact the employee at the telephone number Human Resources has on file for the employee and indicate the date and time of verbal notification on this form. Also, please send a copy of this memo and the Peer Support Brochure via First Class Mail to the address Human Resources has on file for the employee and indicate the date sent on this form as well.

**Please return this signed receipt to Sheila Carey at Daley Center, Rm. 704 or Sheila.Carey@ccsheriff.org**

# EXHIBIT 1

*Administrative Leave Without Pay* for Drake Carpenter, JDE ▮

**DISTRIBUTION LIST**

Bradley Curry, Chief of Staff
Jennifer Black, Chief Administrative Officer
Helen Burke, Chief Legal Officer
Peter Lisuzzo, Executive Director, OPR
Jill McArdle, Budget Director
Lisa Garza, Director, Payroll
Rebecca Reierson, Director of Employee Services, HR
Rashanda Carroll, Director, Peer Support

EXHIBIT 1