| | |
|---|---|
| **From:** | Cass Casper |
| **To:** | Nicholas Scouffas (Sheriff) |
| **Subject:** | Drake Carpenter - Employment Status |
| **Date:** | Friday, September 29, 2023 2:08:00 PM |

Counsel:

AED Drake Carpenter has retained me for assistance with his employment situation. You prepared him a letter dated March 25, 2022 placing him on Administrative Leave without Pay, a status he has remained in ever since without one word from the CCSO, OPR, or the FBI. In addition, Drake does not know anything about why he was suspended without pay, except on a rumor level that it has something to do with the Command Center ghost-payrolling situation. Drake is adamant he has no involvement in any such thing and the only thing he knows about it are the same rumors circulating the CCDOC and that were in the paper. He has been on leave without pay since that date with no process given to him whatsoever. Despite the Consolino decision, I do not believe that there is no entitlement whatsoever to minimum due process for people in his position, and it is poor policy not to afford them any as it chills the willingness of talented people to seek to promote.

We are examining if there is a legal action to be brought over his status (today, I have not determined that), but I wanted to reach out before going further down that road and inquire (1) is there any possibility he could come back to work? (2) Is there any information that can be shared on the status of any investigation relative to Drake?

Thank you,

**Cass T. Casper, Esq.**
Labor and Employment Attorney

# DISPARTI Law Group

**Ph:** 312-506-5511 ext. 331
**Fax:** 312-846-6363
121 W. Wacker Dr., Suite 2300
Chicago, Illinois 60601
www.DispartiLaw.com

Confidentiality Notice:
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at ccasper@DispartiLaw.com.